

AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

ANDRES GARCIA

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 12 CR 356-3

The Defendant's conviction was reversed by the Court of Appeals. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Rebeca R. Pallmeyer,   U.S. District Judge
Name and Title of Judge

May 24, 2019
Date